UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

FILED
IN CLERKS OFFICE

2010 JAN 21  A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS

New England Phonix Co., Inc.,

V

Case No. 1:09-CV-12155-NMG

Robert B. Williams

**ANSWER**

Now comes Robert B. Williams, Defendant, pro se, and herein answers Plaintiff's Complaint in this matter.

1. Not sufficient information at this time to admit or deny.
2. Not sufficient information at this time to admit or deny.
3. Admitted.
4. Not sufficient information at this time to admit or deny.
5. Not sufficient information at this time to admit or deny.
6. Admitted.
7. Not sufficient information at this time to admit or deny.
8. Not sufficient information at this time to admit or deny.
9. Not sufficient information at this time to admit or deny.
10. Not sufficient information at this time to admit or deny.
11. Not sufficient information at this time to admit or deny.

12. Denied in part admitted in part.
13. Not sufficient information at this time to admit or deny.
14. Not sufficient information at this time to admit or deny.
15. Not sufficient information at this time to admit or deny.
16. Not sufficient information at this time to admit or deny.
17. Not sufficient information at this time to admit or deny.
18. Not sufficient information at this time to admit or deny.
19. Admitted
20. Not sufficient information at this time to admit or deny.
21. Not sufficient information at this time to admit or deny.
22. Not sufficient information at this time to admit or deny.
23. Not sufficient information at this time to admit or deny.
24. Not sufficient information at this time to admit or deny.
25. Not sufficient information at this time to admit or deny.
26. Not sufficient information at this time to admit or deny.
27. Not sufficient information at this time to admit or deny.
28. Not sufficient information at this time to admit or deny.
29. Not sufficient information at this time to admit or deny.
30. Not sufficient information at this time to admit or deny.

Dated at the Town Of Poultney, County of Rutland and State of Vermont this 19th day of January 2010.

Sincerely,

Robert B. Williams, pro se

```
            UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF
                  MASSACHUSETTS
```

New England Phonix Co., Inc.,

     V

                                   Case No. 1:09-CV-12155_NMG

Robert B. Williams

## CERTIFICATE OF SERVICE

    I, Robert B. Williams, hereby certify that I caused to be served on this 19 day of January, 2010 by U.S. Certified Mail, a true and correct copy of the herein **ANSWER,** to the following:

James W. Matthews, Esq.
R. Victoria Lindo Fuller, Esq.
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110


                              Respectfully submitted,
                              Robert B. Williams, pro se

                              /s/ Robert B. Williams
                              Robert B. Williams, pro se
                                1075 Ferncliff Road
                              Poultney, VT 05764

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

New England Phoenix Co., Inc.
_____

V.             CASE NO. 1:09-CV-12155-NMG

Robert B. Williams
_____

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below *Certified Mailed to* have been ~~manually~~ filed with the Court and are available in paper form only: *RW*

Answer to Complaint, Mailed to Court Clerk & Plaintiff's Attorney: Certified Mail 1/19/10, & Certificate of Service.

The original documents are maintained in the case file in the Clerk's Office.

1/19/10             Robert B. Williams, pro se
Date            ~~Attorney for~~

(Notice of Filing.wpd - 7/03)